Dismissed and Opinion filed September 12, 2002









Dismissed and Opinion filed September 12, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00479-CV

____________

 

IN THE INTEREST OF L.R.W.

 

 

 



 

On
Appeal from the 309th District Court

Harris County, Texas

Trial
Court Cause No. 96-12630

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed April 24, 2002.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On August 6, 2002, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).

Appellant filed no response.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed September 12, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish C Tex. R. App. P. 47.3(b).